# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON MILLER,
             Appellant,

vs.

THE STATE OF NEVADA,
             Respondent.

No. 82217

FILED

JAN 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgment/order (notice of entry of order/decision and order) entered in this action on the 30th day of November, 2020." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court do not indicate that an appealable judgment or order was entered in this matter on November 30, 2020. To the extent that appellant appeals from the findings of fact, conclusions of law and order entered on June 18, 2019, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-00510

cc:    Hon. Michelle Leavitt, District Judge
       Jason Miller
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk